### Bernard McFADDEN, Plaintiff–Appellant,

v.

Mr. WESTLEY, Officer of Kirkland's Law Library; Christopher Florian, SCDC Staff Attorney; Diane Hingle, SCDC State Classification Officer; Candi L. Cannon, SCDC State Classification Officer; Mrs. York, Kershaw Institutional Classification Officer; Mr. Eury, FNU Kershaw Institutional Classification Officer; Mrs. Amason, Defendants–Appellees,

and

Margaret Sullivan, 3d Circuit Court Reporter; Mary Williams, SC Assistant Attorney General; Charles T. Brooks, Court Appointed PCR Attorney; Ms.

Hough, Grievance Coordinator of Kershaw CI; Ms. Reynolds, Warden of Kershaw, in their individual or personal capacities, Defendants.

No. 14–7367.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 27, 2015.

Bernard McFadden, Appellant Pro Se.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McFadden v. Westley,* No. 0:12–cv–02392–JMC, 2014 WL 4104714 (D.S.C. Aug. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*